IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *Plaintiff*, <br> v. <br> GENTLEMEN SHEET METAL LTD., *Defendant*. | 1:25-cv-803-MSN-WEF |

ORDER

This matter comes before the Court on the October 27, 2025 Report and Recommendation of Magistrate Judge William E. Fitzpatrick regarding Plaintiff's Motion for Default Judgment (ECF 12).

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that Judge Fitzpatrick's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, the Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (ECF 7) is GRANTED; and it is further

ORDERED that Plaintiff is awarded $ 2,876,337.64, consisting of Defendant's withdrawal liability in the amount of $2,155,662.12, liquidated damages in the amount of $431,132.42, and accrued interest through August 31, 2025, which is $289,543.10 and which shall continue to accrue at the rate of 0.0205% compounded daily until the withdrawal liability is paid in full; and it is further

ORDERED that Plaintiff is awarded $4,735.81 in attorneys' fees and costs incurred in this action; and it is further

ORDERED that Plaintiff is awarded post-judgment interest on the award of attorneys' fees and costs pursuant to 28 U.S.C. § 1961; and it is further

ORDERED that this civil action is dismissed in all other respects.

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record and Defendant at its last known address.

/s/<br>
Michael S. Nachmanoff<br>
United States District Judge

November 14, 2025  
Alexandria, Virginia